UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAIM SARWAR,

     Plaintiff,

v.

WILLARD ASSOCIATES,

     Defendant.

Case No. 1:20-cv-03000-CJN

## NOTICE REGARDING SETTLEMENT STATUS

Defendant Willard Associates and Plaintiff Saim Sarwar, by and through their respective counsel, hereby advise the Court that pursuant to the terms of their final settlement agreement, they will cause a joint stipulation of dismissal with prejudice to be filed on or before February 18, 2021.

Respectfully submitted this January 27, 2021

FOR PLAINTIFF:

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
Thomas B. Bacon, P.A.
5150 Cottage Farm Rd
Johns Creek, GA  30022
gillespie.tristan@gmail.com
404-276-7277

FOR DEFENDANT:

*/s/ Christopher E. Humber*
Christopher E. Humber,
D.C. Bar No. 462447
OGLETREE, DEAKINS, NASH, .
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel.:  (202) 887-0855
Fax.:  (202) 887-0866
chris.humber@ogletree.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was electronically filed through the Court's CM/ECF system on this January 27, 2021, which will notify the following counsel of record:

>Tristan W. Gillespie, Esq.
>Thomas B. Bacon, P.A.
>5150 Cottage Farm Rd.
>Johns Creek, GA  30022
>gillespie.tristan@gmail.com

         */s/ Christopher E. Humber*
Christopher E. Humber
D.C. Bar No. 462447
OGLETREE, DEAKINS, NASH, .
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC  20006
Tel.:  (202) 887-0855
Fax.:  (202) 887-0866
chris.humber@ogletree.com

*Counsel for Defendant*

45772655.1